**IN THE UNITED STATES DISTR, ICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**CHAD THOMPSON, et al.,**

                  **Plaintiffs,**

 **v.**

**RICHARD "MIKE" DEWINE,
IN HIS OFFICIAL CAPACITY AS GOVERNOR
OF OHIO, et al..,**

                 **Defendants.**

          **Case No. 2:20-cv-2129
Judge Edmund A. Sargus, Jr.**

## RULE 65.1 TELEPHONE NOTICE

**TAKE NOTICE** that a proceeding in this case has been set  for the place, date, and , time set forth below:

Place:  United States District Court
        Joseph P. Kinneary U.S. Courthouse
        85 Marconi Boulevard        **April 28, 2020 at 10:30 a.m.**
        Columbus, Ohio 43215

TYPE OF PROCEEDING: **Rule 65.1 Telephone Conference**

**TAKE NOTICE** that a Telephone Conference will be held before the Honorable Edmund A. Sargus, Jr. on **April 28, 2020 10:30 a.m.** The parties are  directed to call **888-684-8852** and enter the access code **9586353#** and the conference security code **2129.**

                                    **EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE**

DATE:  April 28, 2020

                                        /s /   Christin M. Werner
                                    (By) Christin M. Werner, Deputy Clerk