AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| Chad Thompson, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  2:20-cv-02129-EAS-CMV |
| Richard "Mike" DeWine, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Governor Richard "Mike" DeWine, ODH Director Amy Acton and Ohio Secretary of State Frank LaRose.

Date:   04/28/2020

/s/ Michael A. Walton
*Attorney's signature*

Michael A. Walton (0092201)
*Printed name and bar number*

Ohio Attorney General
Constitutional Offices Section
30 E. Broad Street, 16th Floor
Columbus, Ohio 43215
*Address*

Michael.Walton@OhioAttorneyGeneral.gov
*E-mail address*

(614) 466-2872
*Telephone number*

(614) 728-7592
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of April, 2020, the foregoing was filed electronically.  Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/ Michael A. Walton*
Michael A. Walton (0092201)
Assistant Attorney General