## IN THE UNITED STATES DISTR, ICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

CHAD THOMPSON, et al.,

                                                            Case No. 2:20-cv-2129

       Plaintiffs,                      Judge Edmund A. Sargus, Jr.

 v.

RICHARD "MIKE" DEWINE,
IN HIS OFFICIAL CAPACITY AS GOVERNOR
OF OHIO, et al..,

       Defendants.

## TELEPHONE NOTICE

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place:  United States District Court
         Joseph P. Kinneary U.S. Courthouse
         85 Marconi Boulevard         **May 8, 2020 at 10:00 a.m.**
         Columbus, Ohio 43215

TYPE OF PROCEEDING: **Telephone Status Conference**

**TAKE NOTICE** that a Telephone Status Conference will be held before the Honorable Edmund A. Sargus, Jr. on **May 8, 2020 10:00 a.m.** The parties are directed to call **888-684-8852** and enter the access code **9586353#** and the conference security code **2129.**

                                               **EDMUND A. SARGUS, JR.**
                                               **UNITED STATES DISTRICT JUDGE**

DATE:  April 28, 2020

                                                /s /   Christin M. Werner
                                           (By) Christin M. Werner, Deputy Clerk