**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**CHAD THOMPSON, et al.,**

    **Plaintiffs,**

    v.

    **CASE NO. 2:20-CV-2129
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Chelsea M. Vascura**

**GOVERNOR OF OHIO
MICHAEL DEWINE, et al.,**

    **Defendants.**

## ORDER

This matter was before the Court on April 28, 2020 for a telephone conference on Plaintiffs' Motion for a Temporary Restraining Order ("TRO"). (ECF No. 4). The parties were represented through counsel during the conference. As agreed upon by the parties, Defendants will submit their response brief to Plaintiffs' TRO by May 7, 2020. Further, a second telephone conference will be held before the Court on May 8, 2020 at 10:00 A.M. At that time, the parties will address whether they intend to provide testimony, and, if so, whether such testimony should be conducted via video teleconference

    **IT IS SO ORDERED.**

**4/28/2020**                                    **s/Edmund A. Sargus, Jr.**
**DATE**                                          **EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE**