# Exhibit C

## **DECLARATION OF SUSAN G. ZIEGLER**

Now comes declarant Susan G. Ziegler, and, under penalty of perjury, states as follows:

1. I am over the age of 18 and fully competent to testify to the statements and facts contained herein, and I have personal knowledge of all of them.

2. I am a resident and elector of the State of Ohio.

3. I am a Professor Emerita at Cleveland State University. My professional degree is an Ed.D.

4. Following my retirement as an active professor, I became a regular volunteer at a hospice organization where I have worked 6 to 8 hours a week for the past 10 years. At the hospice's Lorain County facility, I perform a wide variety of functions, including triaging phone calls, writing grants, answering phones, and doing data entry. At one of the organization's residential facilities, I work at the front desk, where I am the first person to welcome new patients, and I also work with patients' families and make visits to patients in their rooms. In addition, I teach courses and workshops for the hospice organization. I am passionate about doing this work.

5. I am strongly in support of the ballot initiative proposed by Ohioans for Fair and Secure Elections. I want to expand and protect voting rights in our state. I've been following the progress of this campaign, and understand that petitions will be circulated shortly to place the initiative on the ballot this November. It's been my intention to sign a petition.

6. I do understand that there is litigation going on over this ballot initiative in Ohio's Supreme Court, and there is some risk that the initiative could be divided up into four parts. But regardless of what happens in that case, I would work to support any part or all parts of the initiative, because I believe that voting rights in Ohio need to be expanded beyond what they are now.

7. In the face of the coronavirus pandemic, however, I am forced to severely limit all contact with others outside my household. I'm following official orders and public health advice to stay at home. As a result, very regrettably, beginning two weeks ago I had to take an indefinite leave of absence from my volunteer work at hospice. It deeply saddens me to have to abandon this important work, but I understand that it would be unsafe for me to leave my home. I feel it is my responsibility to do my part in "flattening the curve" so, even if I have to venture out, I avoid coming within 6 feet of others.

8. I see no way that I will be able to safely physically sign a petition for the ballot issue. I am not willing to disregard public health recommendations and come within 6 feet of a non-household person. I feel it would be ill-advised to touch a petition circulator's pen or paper even with the proverbial a ten-foot pole.

9. So while I sincerely wish I could support the ballot issue by signing its petition, I don't see how it will be possible. If it were possible to sign the petition online, or by other means that would not risk anyone's health (mine or the circulators), I would do so.

I declare under penalty of perjury that the foregoing is true and accurate.

Executed on April 29, 2020

/s/ *Susan G. Ziegler*

Susan G. Ziegler

I, Freda J. Levenson, certify that I reviewed the information contained in this declaration with Susan G. Ziegler by telephone on March 28, 2020, and that at that time, she certified that the information contained in this declaration was true and accurate to the best of her knowledge.

Executed on April 29, 2020.

_____
Freda J. Levenson
American Civil Liberties Union Foundation of Ohio
4506 Chester Ave
Cleveland, OH 44103
(614) 568-1958
flevenson@acluohio.org