# Exhibit F

## <u>DECLARATION OF ANDRE WASHINGTON</u>

Now comes declarant Andre Washington, having been first duly cautioned and sworn, deposes and states as follows:

1.      I am over the age of 18 and fully competent to testify to the statements and facts contained herein, and I have personal knowledge of all of them.

2.      I am a resident and elector of the State of Ohio.

3.      I have dedicated my life to the preservation and expansion of voting rights.

4.      I am the President of the Ohio Chapter of the A. Philip Randolph Institute (APRI). APRI is an historic national organization devoted to political, social, and economic justice for all working Americans. We focus on access to voting rights through voter education and registration, civic engagement, and voter outreach. Our foundation comes from the Black Labor Alliance, a coalition of civil rights and labor leaders who helped to pass the Voting Rights Act of 1965. Today, we work in our communities to continue ensuring people have the right to vote and participate in the political process.

5.      As President of Ohio APRI, I coordinate eight local chapters and hundreds of members and volunteers statewide. We organize, for example, voter registration drives, educational events, and "get out the vote" activities. We do this through door-to-door canvassing and community events, like group meetings and clam bakes.

6.      I am also the Treasurer of the Ohio chapter of the National Association for the Advancement of Colored People (NAACP). The NAACP's mission is to create an America where every person has equal rights without discrimination on the basis of race. My work with NAACP also emphasizes voting rights: we organize statewide voter registration and get out the vote efforts every election cycle.

1

7.      It is my personal mission to help get everyone in my community registered to vote and involved in the political process, through my work with these organizations and in my private life. Each day when I go out of the house, I carry voter registration forms in my pocket.

8.      I believe in, and support, the "Secure and Fair Elections Amendment" to the Ohio Constitution that the group Ohioans for Secure and Fair Elections (OSFE) is trying to put on Ohio's November, 2020 ballot. This is an Amendment that I believe will protect and expand voting rights in Ohio, and it is exactly in line with the work I do. I have been following the OSFE Amendment's progress since the idea's inception, and planning to help organize others to support its petition for ballot access.

9.      I realize that the OSFE Amendment is currently being litigated in the state Supreme Court, and there is some risk that it would be divided, and possibly even that some of its components would not make it to the petition stage. I would work to propose any part of this Amendment, even a small part—some expansion of voting rights is better than the status quo.

10.     I am connected to a broad network of voting rights and other civil rights organizers throughout the state, and I want to be able to mobilize these people to circulate the OSFE petition and to get the word out about the proposed Amendment.

11.     Based on my experience as a longtime voting rights advocate, I know what is required both as a practical matter, and by Ohio law, to collect signatures for a successful petition: you need hundreds of people walking the streets, interacting with others at parks, shopping centers, and other public places, knocking on doors with clipboards and pens, and talking to their neighbors and shaking their hands, to get the word out and to get people educated. Then, you need those volunteers to get together and count every signature line on every piece of paper, submit the

petition for certification, and more than likely go back out and repeat the process again, if the signatures were insufficient. Your team needs to interact with hundreds of thousands of people.

12.     Since the COVID-19 pandemic struck, it has become unsafe for me to leave my home, let alone meet with and organize with others as I typically would. This highly contagious disease is not only frightening, it is life-threatening. I am taking the safety recommendations of medical experts and of the state government—to limit contact with others and to limit interactions in any public setting—very seriously.

13.     As a result of COVID-19 and the precautions it makes necessary, I have even stopped attending church in person. Besides my civil rights work, my church is the most central part of my personal life. This has been difficult, and like others, I am struggling to adjust to this new reality.

14.     Given the disease spread, the nature of all of my work is either changing or stopping altogether—we cannot safely organize for any purpose in group settings, or have any person-to-person contact. All of the organizations that I work with have cancelled their events.

15.     There is no way, now, for me to safely sign a petition, let alone circulate one.

16.     I certainly cannot ask other people in my organizations and social networks to sign or circulate a petition either, without putting their lives or the lives of others at risk.

17.     All of the conventional ways in which we would organize to get the OSFE petition signed are cut off. This spring, there can be no church gatherings or community festivals. Even shops and school campuses will be closed. The foundations of a successful campaign are cut off.

18.     I deeply wish to support the circulation of OSFE's petition, both through personal circulation and through mobilizing others, but I no longer see how it will be possible.

3

19.     If I could circulate the petition either electronically or remotely, or have people sign by proxy or by other means that would not risk their health or mine, I would do so. I would also educate others to do so. Even then, I would likely not be able to obtain nearly as many signatures, since the means of public association I have always relied on are so severely limited during this crisis.

I declare under penalty of perjury that the foregoing is true and accurate.

Executed on April 29, 2020

/s/ *Andre Washington*

Andre Washington

I, Elizabeth M. Bonham, certify that I reviewed the information contained in this declaration with Andre Washington by telephone on March 28, 2020, and that at that time, he certified that the information contained in this declaration was true and accurate to the best of his knowledge.

Executed on April 29, 2020.

Elizabeth M. Bonham
American Civil Liberties Union Foundation of Ohio
4506 Chester Ave
Cleveland, OH 44103
(614) 568-1958
ebonham@acluohio.org