# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**CHAD THOMPSON, et al.,**

    **Plaintiffs,**

    v.

**CASE NO. 2:20-CV-2129**
**JUDGE EDMUND A. SARGUS, JR.**
**Magistrate Judge Chelsea M. Vascura**

**GOVERNOR OF OHIO**
**MICHAEL DEWINE, et al.,**

    **Defendants.**

## ORDER

This matter was before the Court on May 6, 2020 for a telephone conference. (ECF No. 23). The parties were represented through counsel during the conference and they agreed to the following: (i) the issues in this case will be addressed on the briefs; (ii) there is no need for testimony; and (iii) there is no need for oral argument.

    **IT IS SO ORDERED.**


**5/6/2020**                                            **s/Edmund A. Sargus, Jr.**
**DATE**                                               **EDMUND A. SARGUS, JR.**
                                                           **UNITED STATES DISTRICT JUDGE**