# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO,
# EASTERN DIVISION

| | |
|---|---|
| CHAD THOMPSON, et al, | : |
| | : |
| Plaintiffs, | : Case No. 2:20-cv-2129 |
| | : |
| v. | : JUDGE SARGUS |
| | : MAG. JUDGE VASCURA |
| GOVERNOR OF OHIO MIKE DEWINE, et al, | : |
| | : |
| Defendants. | : |

## DEFENDANTS' NOTICE OF APPEAL

Defendants Governor Richard "Mike" DeWine, Ohio Department of Health Director Amy Acton, and Ohio Secretary of State Frank LaRose in the above-captioned action hereby give notice of their appeal to the United States Court of Appeals for the Sixth Circuit from the Opinion and Order [Doc. 44] entered by the Court on May 19, 2020.

This appeal is taken under 28 U.S.C. § 1292.

Respectfully submitted this 20th day of May, 2020.

        Respectfully submitted,

        DAVE YOST
        Ohio Attorney General

        */s/ Julie M. Pfeiffer*
        JULIE M. PFEIFFER (0069762)*
        *Counsel of Record*
        MICHAEL WALTON (0092201)
        Assistant Attorneys General
        Constitutional Offices Section
        30 East Broad Street, 16th Floor
        Columbus, Ohio 43215
        Tel: (614) 466-2872; Fax: (614) 728-7592
        Julie.pfeiffer@ohioattorneygeneral.gov
        Michael.Walton@ohioattorneygeneral.gov

        *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2020, the foregoing was filed with the Court.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties for whom counsel has entered an appearance.  Parties may access this filing through the Court's system.

*/s/ Julie M. Pfeiffer*
JULIE M. PFEIFFER (0069762)
Assistant Attorney General