**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

<table>
<tr><td>Deborah S. Hunt<br>Clerk</td><td>100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988</td><td>Tel. (513) 564-7000<br>www.ca6.uscourts.gov</td></tr>
</table>

Filed: August 25, 2020

Mr. Mark R. Brown

Mr. Stephen P. Carney

Mr. Benjamin Michael Flowers

Mr. Oliver B. Hall

Mr. Michael Jason Hendershot

Mr. Shams Hanif Hirji

Ms. Julie M. Pfeiffer

Ms. Anne M. Sferra

Mr. Christopher N. Slagle

Mr. Bryan Matthew Smeenk

> Re:  Case No. 20-3526, *Chad Thompson, et al v. Richard Dewine, et al*
> Originating Case No. : 2:20-cv-02129

Dear Counsel:

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Amy E. Gigliotti on behalf of Roy G. Ford
Case Manager
Direct Dial No. 513-564-7016

cc:  Mr. Richard W. Nagel

Enclosure

Case No. 20-3526

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

## ORDER

CHAD THOMPSON; WILLIAM T. SCHMITT; DON KEENEY

      Plaintiffs - Appellees

v.

RICHARD MICHAEL DEWINE, in his capacity as the Governor of Ohio; AMY ACTON, in her official capacity as Director of Ohio Department of Health; FRANK LAROSE, in his official capacity as Ohio Secretary of State

      Defendants - Appellants

OHIOANS FOR SECURE AND FAIR ELECTIONS; DARLENE L. ENGLISH; LAURA A. GOLD; ISABEL C. ROBERTSON; EBONY SPEAKES-HALL; PAUL MOKE; ANDRE WASHINGTON; SCOTT A. CAMPBELL; SUSAN ZEIGLER; HASAN KWAME JEFFRIES;OHIOANS FOR RAISING THE WAGE; ANTHONY CALDWELL; JAMES E. HAYES; DAVID G. LATANICK; PIERRETTE M. TALLEY

      Intervenors - Appellees

    The order entered August 24, 2020 granting the motion to withdraw filed by intervenor-appellees Ohioans for Secure and Fair Elections, et al and Ohioans for Raising the Wage, et al, was inadvertently entered and is hereby **VACATED**.  These parties are reinstated to the active docket and the motion to withdraw remains pending.

                      **ENTERED BY ORDER OF THE COURT**
                      Deborah S. Hunt, Clerk

Issued: August 25, 2020