**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Deborah S. Hunt
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: August 26, 2020

Ms. Elizabeth Bonham
Mr. Mark R. Brown
Mr. David Joseph Carey
Mr. Stephen P. Carney
Ms. Stephen Chang
Mr. Derek S. Clinger
Mr. Benjamin Michael Flowers
Mr. Jeffrey Todd Green
Mr. Oliver B. Hall
Mr. Michael Jason Hendershot
Mr. Shams Hanif Hirji
Mr. Dale Edwin Ho
Ms. Naomi Igra
Ms. Jennifer H. Lee
Ms. Freda Levenson
Mr. Donald J. McTigue
Ms. Julie M. Pfeiffer
Ms. Anne M. Sferra
Mr. Christopher N. Slagle
Mr. Bryan Matthew Smeenk
Ms. Tiffany Alora Thomas
Mr. Tyler Wolfe

Re:  Case No. 20-3526, *Chad Thompson, et al v. Richard Dewine, et al*
     Originating Case No. : 2:20-cv-02129

Dear Counsel,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Roy G. Ford
Case Manager
Direct Dial No. 513-564-7016

cc: Mr. Richard W. Nagel

Enclosure

Case No. 20-3526

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

CHAD THOMPSON; WILLIAM T. SCHMITT; DON KEENEY

    Plaintiffs - Appellees

v.

RICHARD MICHAEL DEWINE, in his capacity as the Governor of Ohio; AMY ACTON, in her official capacity as Director of Ohio Department of Health; FRANK LAROSE, in his official capacity as Ohio Secretary of State

    Defendants - Appellants

OHIOANS FOR SECURE AND FAIR ELECTIONS; DARLENE L. ENGLISH; LAURA A. GOLD; ISABEL C. ROBERTSON; EBONY SPEAKES-HALL; PAUL MOKE; ANDRE WASHINGTON; SCOTT A. CAMPBELL; SUSAN ZEIGLER; HASAN KWAME JEFFRIES;OHIOANS FOR RAISING THE WAGE; ANTHONY CALDWELL; JAMES E. HAYES; DAVID G. LATANICK; PIERRETTE M. TALLEY

    Intervenors - Appellees

  Upon consideration of the unopposed motion to withdraw by Intervenors-Appellees Ohioans for Secure and Fair Elections, et al. and Ohioans for Raising the Wage, et al.,

  It is **ORDERED** that the motion be, and it hereby is **GRANTED**.

      **ENTERED BY ORDER OF THE COURT**
      Deborah S. Hunt, Clerk

Issued: August 26, 2020

      _____