IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Thompson, et al.,**

      **Plaintiffs,**

v.                                                  Case No. 20-2129
                                                     Judge Sargus

**DeWine, et al.,**

      **Defendants.**

## **PLAINTIFFS' MOTION FOR STATUS CONFERENCE**

On April 19, 2021, the Supreme Court denied interlocutory review by certiorari in this case. *See Thompson v. DeWine*, No. 20-1072 (U.S., April 19, 2021). Plaintiffs in that filing had requested that the Supreme Court review on an interlocutory basis the Sixth Circuit's reversal, *Thompson v. DeWine*, 976 F.3d 610 (6th Cir., Sept. 16, 2020), of this Court's preliminary injunction. *See Thompson v. DeWine*, 461 F. Supp.3d 712 (S.D. Ohio, May 19, 2020).

Because interlocutory review will not be had in the Supreme Court, and because the interlocutory appeal is complete in the Sixth Circuit, Plaintiffs respectfully request a status conference in this Court to discuss and inform the Court of their plans to proceed.

                                                             Respectfully submitted,

                                                             */s/ Mark R. Brown*

OLIVER B. HALL                                   MARK R. BROWN
CENTER FOR COMPETITIVE DEMOCRACY       303 East Broad Street
P.O. Box 21090                                        Columbus, OH 43215
Washington, D.C. 20009                         (614) 236-6590
(202) 248-9294                                        (614) 236-6956 (fax)
oliverhall@competitivedemocracy.org         mbrown@law.capital.edu
*Attorneys for Plaintiffs*