**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**CHAD THOMPSON,** *et al.***,**

      **Plaintiffs,**

   v.                                   **Case No. 2:20-cv-2129**
                                        **Judge Edmund A. Sargus, Jr.**
                                        **Magistrate Judge Chelsey M. Vascura**

**GOVERNOR OF OHIO**
**MICHAEL DEWINE,** *et al.***,**

      **Defendants.**

## ORDER

    This matter is before the Court on Plaintiffs' motion for a status conference. (ECF No. 65.) Plaintiffs petitioned the Supreme Court for interlocutory review of the Sixth Circuit's decision in this case, which the Supreme Court denied. (*Id.*) Because the interlocutory appeal process is now exhausted, this matter is ready to proceed in the district court. Therefore, the Court **GRANTS** the motion. (ECF No. 65.) This matter is scheduled for a telephone conference on April 28, 2021 at 10:00 a.m.

    **IT IS SO ORDERED.**

**4/22/2021**                                               **s/Edmund A. Sargus, Jr.**
**DATE**                                                    **EDMUND A. SARGUS, JR.**
                                                         **UNITED STATES DISTRICT JUDGE**