**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**CHAD THOMPSON,** *et al.*,

      **Plaintiffs,**　　　　　　　　　　Case No. 2:20-cv-2129
　　　　　　　　　　　　　　　　　　　Judge Edmund A. Sargus, Jr.
  v.　　　　　　　　　　　　　　　　　Magistrate Judge Chelsey M. Vascura

**GOVERNOR OF OHIO
MICHAEL DEWINE,** *et al.*,

      **Defendants.**

## ORDER

On August 6, 2021, the Sixth Circuit Court of Appeals issued an Amended Opinion and Judgment vacating the district court's order dismissing plaintiffs' complaint and remanding the case with instructions to dismiss the case as moot. (ECF No. 83.) The mandate issued on September 27, 2021. (ECF No. 84.) Accordingly, this case is **DISMISSED AS MOOT**. The Clerk is directed to close the case.

    **IT IS SO ORDERED.**

**12/28/2021**　　　　　　　　　　　　　　　　**s/Edmund A. Sargus, Jr.**
**DATE**　　　　　　　　　　　　　　　　　　**EDMUND A. SARGUS, JR.**
　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**